IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SHAINA E. CHALUPA,<br><br>Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration,<br><br>Defendant. | CV-22-42-BLG-KLD<br><br>ORDER |

Defendant has filed a Stipulated Motion to Remand this case for further administrative proceedings. (Doc. 19). Accordingly,

IT IS ORDERED that the case shall be remanded under sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council will instruct the ALJ to: re-evaluate the claimant's residual functional capacity; re-evaluate the potential applicability of a Listing, bearing in mind the claimant's diagnosis of alcohol-related neurodevelopmental disorder; offer the claimant the opportunity for a hearing, take further action to complete the administrative record resolving the above issues, and issue a new decision. Upon proper presentation, Plaintiff will be

//

//

entitled to attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. §2412 et seq.

DATED this 21st day of November, 2022

_____
Kathleen L. DeSoto
United States Magistrate Judge