UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SHAINA E. CHALUPA,<br><br>              Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br><br>              Defendant. | Case No. CV-22-042-BLG-KLD<br><br>JUDGMENT IN A CIVIL CASE |

     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

<u> X </u>    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

     IT IS ORDERED AND ADJUDGED this case shall be remanded under sentence four of 42 U.S.C. § 405(g).

     Dated this 21st day of November, 2022.

                                  TYLER P. GILMAN, CLERK

                                  By: <u>/s/ Annie Puhrmann</u>
                                  Annie Puhrmann, Deputy Clerk